DAVID MCGLYNN,

                      Plaintiff,

       -against-

THE REPORTER INC. d/b/a THE NIAGARA REPORTER, and
DOES 1 through 10 inclusive,

                    Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 1:23-cv-00078-JLS

Date Filed 1/26/2023

---

State of New York )
                 ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on March 15, 2023 at approximately 2:05 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action, Complaint with Exhibits A - C, that the party served was The Reporter Inc. d/b/a The Niagara Reporter, a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 64 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                */s/ Edward J. Bowmaker*
                                                                  Edward J. Bowmaker

Sworn to before me this 15 day of March, 2023

*/s/ Carla J. Vinetti*
Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026