UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID MCGLYNN,

                         Plaintiff,

       v.                                                23-CV-78

THE REPORTER INC.
dba THE NIAGARA REPORTER,

                         Defendant(s).
_____


## **CLERK'S ENTRY OF DEFAULT**

      It appearing that Defendant

The Reporter Inc. dba The Niagara Reporter,

is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said Defendant on this day of June 8, 2023.


                                                   MARY C. LOEWENGUTH
                                                       Clerk of Court
                                                 United States District Court


                                                      By: s/Jennifer V.
                                                         Deputy Clerk