1:23-cv-00078-JLS   Document 9   Filed 06/20/23   Page

CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS

-. 9326020162369127

USDC - WDNY
JUN 20 2023
BUFFALO

The Reporter Inc. d/b/a Niagara Reporter
209 Sweet Briar Rd.,
Tonawanda, NY 14150

INI
FWD
14202>3350

FORWARD TIME EXP RTN TO SEND
146 N7E 1 122C22206/16/23
: NIABARA REPORTER
29009 GERANIUM DR
BIG PINE KEY FL 33043-5016

RETURN TO SENDER

quadient
FIRST-CLASS MAIL
IMI
$000.60
06/08/2023 ZIP 14202
043M31235901

US POSTAGE