## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MCGLYNN,<br><br>        Plaintiff,<br><br>v.<br><br>THE REPORTER, INC. d/b/a NIAGARA REPORTER, INC. and DOES 1-10, inclusive,<br><br>Defendant(s). | Docket No. 1:23-cv-00078-JLS<br><br><br>PROPOSED FORM OF DEFAULT JUDGMENT |

### DEFAULT JUDGMENT AGAINST DEFENDANT
### THE REPORTER, INC. d/b/a NIAGARA REPORTER, INC.

This matter comes before the Court on Plaintiff DAVID MCGLYNN ("Plaintiff")'s motion for the entry of default judgment against Defendant THE REPORTER, INC. d/b/a NIAGARA REPORTER, INC. ("Defendant"), including permanent injunctive relief, statutory damages, costs and post-judgment interest, pursuant to Fed. R. of Civ. P 55(b)(2) and Loc. R. Civ. P. 55(b).

Having been properly served and having failed to timely answer or otherwise appear to defend against the claims and allegations in the Complaint, the Clerk of the Court for the Eastern District of New York entered a Certificate of Default against Defendant on June 8, 2023 (ECF Doc. 8).

Having considered all matters of record, and the arguments and evidence shown, together with any responses and replies submitted, and the applicable legal authorities, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion is GRANTED in all respects.  It is further

**ORDERED, ADJUGED, AND DECREED** that default judgment is hereby rendered in

1

favor of the Plaintiff and against Defendant for statutory damages in the total amount of $6,000 (the "Judgment Amount"), plus post-judgment interest pursuant to 28 U.S.C. § 1961.  It is further

**ORDERED, ADJUGED, AND DECREED** costs are hereby awarded to Plaintiff and against Defendant in the amount of $732.  It is further

**ORDERED, ADJUDGED, AND DECREED** that Defendant THE REPORTER, INC. d/b/a NIAGARA REPORTER, INC. (including its officers, agents, servants, employees, and all persons acting under its permission and authority) is hereby enjoined and shall immediately cease all further use or display of Plaintiff's Copyrighted Image (as referenced in the Complaint filed in this action) on the Defendant's website, (at https://niagarafallsreporter.com), on any other website(s) on the World Wide Web which Defendant owns, operates, or otherwise has control over, or in any other manner on or off the internet—unless and until Defendant has received a license or other express consent from Plaintiff or Plaintiff's assignee.  It is further

**ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this judgment.

There being no just reason for delay in the entry of default, the Court hereby directs the Clerk to enter judgment for Plaintiff and against Defendant consistent with this order and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

SO ORDERED.

_____
HON. JOHN L. SINATRA, JR.
U.S. DISTRICT JUDGE