Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

DAVID MCGLYNN

v.

THE REPORTER INC.
d/b/a The Niagara Reporter

**DEFAULT JUDGMENT IN
A CIVIL CASE**
CASE NUMBER: 23-CV-78

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motion for default judgment is granted.

Awarding McGlynn $6,000 in statutory damages, post-judgment interest and $732 in

costs-comprised of $402 for the filing fee and $330 for costs incurred in serving the

complaint.

Date: November 14, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J
    Deputy Clerk