Case 1:23-cv-00078-JLS-JJM   Document 17   Filed 11/22/23   Page 1 of 1

CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3350

OFFICIAL BUSINESS

UTF /16
N /11/6/23

BUFFALO NY 140
14 NOV 2023 PM

quadient
FIRST-CLASS MAIL
IMI
$000.87
11/14/2023 ZIP 14202
043M31235901
US POSTAGE

USDC WDNY
NOV 22 2023
BUFFALO

The Reporter Inc.
209 Sweet Briar Rd.
Tonawanda, NY 14150

NIXIE        146   FE 1          0011/19/23
            RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

UTF       BC: 14202335099    *1113-08680-14-39
14202>3350
14150-753809